524

No. 471. PUBLIC SERVICE COMMISSION OF MONTANA ET AL. *v.* GREAT NORTHERN UTILITIES CO.

Argued February 24, 1932. Decided February 29, 1932. *Per Curiam:* The order granting interlocutory injunction is affirmed, without prejudice to the consideration and determination at final hearing of all questions of law and fact, including the question of the reasonableness, in the circumstances disclosed, of the order which is the subject of the suit. *Alabama* v. *United States,* 279 U. S. 229, 230, 231. *Mr. Francis A. Silver,* with whom *Mr. L. A. Foot,* Attorney General of Montana, was on the brief, for appellants. *Mr. E. G. Toomey,* with whom *Mr. M. S. Gunn* was on the brief, for appellee.

No. 475. NEW YORK TITLE & MORTGAGE CO. *v.* TARVER ET AL. Argued February 24, 1932. Decided February 29, 1932. *Per Curiam:* The order denying interlocutory injunction is affirmed, without prejudice to the consideration and determination at final hearing of all questions of law and fact, including the question of the standing of the complainant to maintain this suit. *Alabama* v. *United States,* 279 U. S. 229, 230, 231. *Mr. Nathan L. Miller,* with whom *Messrs. Robert A. Ritchie, George S. Parsons,* and *Charles A. Boston* were on the brief, for appellant. *Messrs. Ireland Graves* and *Albert DeLange,* with whom *Messrs. James V. Allred,* Attorney General of Texas, *Everett L. Looney,* Assistant Attorney General, *W. A. Tarver, W. S. Pope, Maco Stewart,* and *Charles L. Black* were on the brief, for appellees.